MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -x

MICHELLE MEAD,                           :
                                         :
                Plaintiff,               :
                                         :
        - v. -                           :
                                         :       STIPULATION AND ORDER
MICHAL J. ASTRUE,                        :       08 Civ. 6268 (HB)
Commissioner of                          :
Social Security,                         :
                                         :
                Defendant.               :
                                         :
- - - - - - - - - - - - - - -    x

        IT IS HEREBY STIPULATED AND AGREED, by and between
the attorneys for the defendant and the plaintiff, that the
defendant's time to answer or move with respect to the complaint
in the above-captioned action is extended from September 15, 2008
to and including ~~November 14, 2008~~.  The reason for the request

October 20, 2008

is that the administrative record has not yet been received by

defendant's counsel.  No previous extension has been requested

in this case.

Dated:  New York, New York
        August 14 2008

                    INSLER & INSLER, LLP
                    Attorneys for Plaintiff

        BY: _Lewis B. Insler_

                    LEWIS B. INSLER, ESQ.
                    80 Grasslands Road
                    Suite 102
                    Elmsford, New York 10523
                    Telephone No: (914)286-3030

                    MICHAEL J. GARCIA
                    United States Attorney
                    Southern District of New York

        By: _Leslie A. Ramirez Fisher_

                    LESLIE A. RAMIREZ-FISHER
                    Assistant U.S. Attorney
                    86 Chambers Street, 3rd Floor
                    New York, New York    10007
                    Telephone No.: (212) 637-0378

SO ORDERED:

_____  8/24/08

UNITED STATES DISTRICT JUDGE